Alicen BECKHAM *v.* STATE of Arkansas

CR 00-901                                          25 S.W.3d 412

Supreme Court of Arkansas
Opinion delivered September 7, 2000

*Robert A. Newcomb*, for appellant.

No response.

P ER CURIAM.   Alicen Beckham, by her attorney, has filed a motion for rule on the clerk.

Her attorney, Robert A. Newcomb, admits in his motion that the record was tendered late due to a mistake on his part.

We find an error, admittedly made by the attorney for a criminal defendant, is good cause to grant the motion. *See In Re: Belated Appeals in Criminal Cases*, 265 Ark. 964, (1979) (per curiam).

■ The motion for rule on the clerk is, therefore, granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.